Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

        Case No.:  19–23786–MBK  
        Chapter:  13  
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Luis Ramirez  
   312 Neville St  
   Perth Amboy, NJ 08861

Social Security No.:  
   xxx–xx–6088

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/19/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 19, 2019  
JAN: wir

                                                                            Jeanne Naughton  
                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-23786-MBK
Luis Ramirez                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Sep 19, 2019
                              Form ID: 148         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2019.
```
db          +Luis Ramirez,   312 Neville St,   Perth Amboy, NJ 08861-3314
crcm        +Ahmed Albrolisy,   894 Joan Court,   North Brunswick, NJ 08902-3223
518354020    Bank of America,   PO Box 15796,   Wilmington, DE 19886-5796
518354026   +KML Law Group P.C.,   216 Haddon Ave. Suite 406,   Collingswood, NJ 08108-2812
518354027   +Middlesex County Chancery Division,   P.O. Box 971,   Trenton, NJ 08625-0971
518354028   +New Jersey Division of Taxation,   P.O. Box 046,   Trenton, NJ 08646-0046
518354029   +Shellpoint Mortgage,   PO Box 740039,   Cincinnati, OH 45274-0039
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 19 2019 23:49:24     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 19 2019 23:49:21     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
518354019   +EDI: AMEREXPR.COM Sep 20 2019 03:33:00      Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
518354021   +EDI: CHASE.COM Sep 20 2019 03:33:00      Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
518354023    EDI: IRS.COM Sep 20 2019 03:33:00      Internal Revenue Service,   44 South Clinton Ave.,
              Trenton, NJ 08601
518354025   +EDI: CHASE.COM Sep 20 2019 03:33:00      Jpmcb Card,   Po Box 15369,   Wilmington, DE 19850-5369
                                                                                              TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518354024*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,   P.O. Box 9052,   Andover, MA 01810)
518354022*    +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                       TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2019 at the address(es) listed below:
```
          Albert   Russo    docs@russotrustee.com
          Kevin Gordon McDonald    on behalf of Creditor   MTGLQ Investors, LP. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Yakov  Rudikh    on behalf of Debtor Luis  Ramirez yrudikh@gmail.com,
           rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                             TOTAL: 4
```